IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Christopher Dean Reid, Sr. | : | Case No: 4:20-bk-01846-MJC |
| Debtor | : | |
| | : | Chapter 13 |
| | : | |

## NOTICE

The Debtor, Christopher Dean Reid, Sr., by and through his attorney Samantha C. Wolfe, Esq. filed a Motion to Modify Mortgage on May 20, 2022.

If you object to the relief requested, you must file your objection/response on June 13, 2022 with the Clerk of Bankruptcy Court, 228 Walnut St., Harrisburg, PA 17101 and serve a copy on all appropriate parties.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Respectfully Submitted:

Date: May 23, 2022

/s/ Samantha C. Wolfe
Samantha C. Wolfe, Esq.
Attorney ID# 328845
Scaringi & Scaringi, P.C.
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110
(717) 657-7770
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Christopher Dean Reid, Sr. | : | |
|     Debtor | : | Case No: 4:20-bk-01846-MJC |
| | : | |
| | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I certify that I did on this date serve a true and correct copy of a *Notice of Motion to Modify Mortgage* in the above-captioned matter, upon all creditors and interested parties below and on the attached mailing matrix by first class mail.

*Service was accomplished via ECF*
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

*Via USPS First Class Mail*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street
Suite 5000
Philadelphia, PA 19106

*Service was accomplished via ECF*
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: May 23, 2022

/s/ Samantha C. Wolfe
Samantha C. Wolfe, Esq.
Attorney ID# 328845
Scaringi and Scaringi, P.C.
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110

1

```
Label Matrix for local noticing         Ally Financial                          Ally Financial
0314-4                                  P.o. Box 380901                         PO Box 130424
Case 4:20-bk-01846-RNO                  Bloomington, MN 55438-0901              Roseville MN 55113-0004
Middle District of Pennsylvania
Williamsport
Mon Nov  9 14:28:28 EST 2020

Brandy Spaid-Reid                       Capital One Bank (USA), N.A.            Capital One Bank Usa N
137 Reagan St                           by American InfoSource as agent         Po Box 30281
Sunbury, PA 17801-1331                  PO Box 71083                            Salt Lake City, UT 84130-0281
                                        Charlotte, NC  28272-1083


Cent Key Fcu                            Central Credit Audit                    Credit One Bank Na
1000 Market St                          100 N Third St                          Po Box 98872
Sunbury, PA 17801-2403                  Sunbury, PA 17801-2367                  Las Vegas, NV 89193-8872


Enerbank Usa                            Geisinger                               Independence Bank
1245 E Brickyard Road                   100 North Academy Ave                   1370 South County Trail East
Suite 600                               Danville, PA 17822-0001                 East Greenwich, RI 02818-1625
Salt Lake City, UT 84106-2562


Jim Carr                                LVNV Funding, LLC                       Lending Club Corp
1550 Queen Street                       Resurgent Capital Services              595 Market Street
Northumberland, PA 17857-9410           PO Box 10587                            San Francisco, CA 94105-2807
                                        Greenville, SC 29603-0587


(p)M&T BANK                             M & T Bank Mortgage                     M&T Bank
LEGAL DOCUMENT PROCESSING               Po Box 900                              PO Box 1508
626 COMMERCE DRIVE                      Millsboro, DE 19966-0900                Buffalo, NY 14240-1508
AMHERST NY 14228-2307


Medicredit, Inc                         Midland Credit Management, Inc.         Nelnet Lns
PO Box 1629                             PO Box 2037                             Po Box 82561
Maryland Heights, MO 63043-0629         Warren, MI 48090-2037                   Lincoln, NE 68501-2561


Nelnet on behalf of ASA                 Northumberland Emergency Group, P.C     ONEMAIN
American Student Assistance             200 Corporate Blvd.                     P.O. BOX 3251
PO Box 16129                            Lafayette, LA 70508-3870                EVANSVILLE, IN 47731-3251
St. Paul, MN 55116-0129


Onemain                                 SYNCB/Walmart                           Scheer, Green, & Burke Co. L.P.A.
Po Box 1010                             PO Box 965024                           PO Box 1312
Evansville, IN 47706-1010               Orlando, FL 32896-5024                  Toledo, OH 43603-1312


Service 1st Federal CR UN               Three Brothers Trucking                 Three Brothers Trucking
1207 Bloom Street                       135 Reagan Street                       137 Reagan St
Danville, PA 17821                      Sunbury, PA 17801-1331                  Sunbury, PA 17801-1331
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M & T Bank  
Po Box 900  
Millsboro, DE 19966

(d)M&T Bank  
PO Box 840  
Buffalo, NY 14240


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Bank Usa N  
Po Box 30281  
Salt Lake City, UT 84130-0281

(d)Capital One Bank Usa N  
Po Box 30281  
Salt Lake City, UT 84130-0281

(d)Geisinger  
100 North Academy Ave  
Danville, PA 17822-0001


(d)Nelnet Lns  
Po Box 82561  
Lincoln, NE 68501-2561

(d)Three Brothers Trucking, LLC  
137 Reagan St.  
Sunbury, PA 17801-1331

End of Label Matrix  
Mailable recipients    29  
Bypassed recipients     5  
Total                  34